FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

FILED
APR 29 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Antoine maurice moore
(Enter above the full name of the plaintiff in this action)

vs.

Adult parole Authority.

(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. Related to 3:18-cr-00523
3:18-cv-02977-SO

JUDGE James R Knepp,

COMPLAINT

1:19 CV 00956

JUDGE ZOUHARY
MAG. JUDGE JAMES R. KNEPP II

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☑ NO ☐

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs Antoine maurice moore

   Defendants Lucas county sheriff Department,

2. Court (if federal court, name the district; if state court, name the county)

   Northern District of ohio Lucas county

3. Docket Number 3:18-CV-02977-SO

4. Name of judge to whom case was assigned James R Knepp,

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _is still pending_

6. Approximate date of filing lawsuit _12-28-2018_

7. Approximate date of disposition _still pending_

II. Place of Present Confinement _CCNO 03151 County Road 2425 stryker oh 43557_

A. Is there a prisoner grievance procedure in this institution? YES ☑ NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☐ NO ☑

C. If your answer is YES,

1. What steps did you take? _N/A_

2. What was the result? _N/A_

D. If your answer is NO, explain why not _Adult parole do not allow grievences to be filed on parole violations._

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☐ NO ☑

F. If your answer is YES,

1. What steps did you take? _N/A_

2. What was the result? _N/A_

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Antoine maurice moore

Address 03151 County Road 2425, stryker, oh 43557

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Ohio Adult parole Authority is employed as Adult parole officials at government one toledo, ohio 43604.

C. Additional Defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

August the 16th 2018, Antoine maurice moore was released from lucas county jail on a bond that was posted by kevia johnson a women that he have no personal knowledge of and never had any contact with this women at all in his lifetime. on August 13th 2018, Antoine maurice moore set in the lucas county jail and was arraigned on a new felony charge, under APA supervision the adult parole authority did not

(Statement of Claim Continued)

uphold there duties on place a holder so the bond could not be posted. due to this issue there was a mix up to where a federal inmate got his personal information a place a posted bond and with help of the lucas county correctional staff permitting his escape. if you could look into this issue i would like for the court to look at the parole conditions and i would clearly so that the Adult parole authority DiD not uphold there duties. in the current case number 3:18-cr-00523, im asking that you look on the record and it will show that. on lucas county sheriffs booking entry that im currently under ApA supervision. and the lucas county sheriff department is link in with the sheriffs department and they have control of the hold of state inmates in lucas county. in current case number 3:19-cv-00168-jz, there is a complaint for aggravated identity theft. to where a federal inmate. stole my last four digits of my social security number out of cell from my court papers and posted a bond in my name, and phone pin and made calls to anothers to aid his escape.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I would like for the court to have Intervention by united for state constitutional question with the Adult parole authority due to the mix up with the Lucas county sheriff's department to lift the holder that state have on Antoine maurice moore and to also grant my jail time credit from August the 17th of 2018, so there can be a hearing set with the judge based on Detention and release, any other days over is entitle to unlawful imprisonment, declaratory relief from prosecution of the case, 201802559,

Signed this 25th day of April, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

4-25-19
(Date)

Antoine maurice moore
(Signature of Plaintiff)

c:\wptext\complaint.prisoner
revised November 1997

CORRECTIONS CENTER OF
NORTHWEST OHIO
3151 COUNTY ROAD 24.25
STRYKER, OH 43557-9418

Antoine maurice moore
# 20180690

METROPLEX MI 480

26 APR 2019 PM 5 L   FOREVER

Barn Swallow

clerks office
Northern district ohio
carl b stokes
courthouse
801 west superior Ave
cleveland ohio 44113-1830

44113-182999

This correspondence is from an offender under the
custody of the CCNO. The CCNO is not responsible for
the substance of content. Objectionable material may be
returned to the Director of Security & Operations.